IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **KEITH BASKIN, #33761** | **PETITIONER** |
| **VERSUS** | **CIVIL ACTION NO. 3:09-cv-551HTW-LRA** |
| **DANNY SCOTT, Warden** | **RESPONDENT** |

## ORDER

This matter is before the Court on Petitioner's request for habeas corpus relief pursuant to 28 U.S.C. § 2254. Petitioner is an inmate of the Mississippi Department of Corrections currently incarcerated in the Delta Correctional Facility, Greenwood, Mississippi. The Court received payment of the filing fee for this case on October 15, 2009. Upon initial review of the petition submitted, it is, hereby,

ORDERED AND ADJUDGED that the Respondent, through Jim Hood, file an answer or other responsive pleading in this cause within twenty (20) days of the service upon the said Jim Hood of a copy of this order. Respondent shall file with his answer or other responsive pleading full and complete transcripts of all proceedings in the state court of Mississippi arising from the charges of possession of a controlled substance with intent to distribute in the Circuit Court of Madison County, Mississippi.

IT IS FURTHER ORDERED that the Clerk of Court shall serve, by certified mail, a copy of the petition filed herein along with a copy of this order upon Jim Hood, Attorney General of the State of Mississippi. The Clerk of Court shall also serve a copy of this order upon Petitioner by mailing same to Petitioner's last known address.

**The Petitioner should understand that this order directing the Respondent to answer does not reflect any opinion of this Court that the claims contained in the petition will or will not be determined to be meritorious.**

Petitioner is warned that his failure to timely comply with any order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

SO ORDERED, this the 16th day of October, 2009.

                                                s/Linda R. Anderson
                                                UNITED STATES MAGISTRATE JUDGE